THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Michael Adam Bailey, Appellant.
 
 
 

Appeal From Horry County
 James E. Lockemy, Circuit Court Judge
Unpublished Opinion No.  2010-UP-306
Submitted June 1, 2010  - Filed June 10,
 2010
AFFIRMED

 
 
 
 Senior Appellate Defender Joseph L. Savitz, III, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, and
 Assistant Attorney General J. Anthony Mabry, all of Columbia; and Solicitor
 John Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM: 
 Michael Adam Bailey was convicted of murder and sentenced to thirty years'
 imprisonment.  He appeals, arguing the trial
 court erred in allowing three key witnesses to testify they agreed to take
 polygraph examinations.  We
 affirm[1] pursuant to Rule 220(b)(1), SCACR, and
 the following authorities:  State v.
 Dunbar, 356 S.C. 138, 142, 587 S.E.2d 691, 693-94 (2003) ("In order for an issue to be preserved for appellate review, it
 must have been raised to and ruled upon by the trial judge."); Id. ("Issues not raised and ruled upon in the trial
 court will not be considered on appeal.").
AFFIRMED.
HUFF,
 SHORT, and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.